# United States District Court
## District of Maryland

07-083-M-01

RECEIVED
U S MARSHALS
GREENBELT, MARYLAND

2006 OCT 13 A 11: 06

UNITED STATES OF AMERICA

v.

Maurice Kelly

## WARRANT FOR ARREST

Case No. DKC-06-067

TO:  The United States Marshal and any
     Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>Maurice Kelly</u> and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☒ Violation Notice   ☐ Probation Violation Petition

charging him/her with *(brief description of offense)*

Violation of Conditions of Supervised Release

**FILED**

MAR 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>Felicia C. Cannon</u>
Name of Issuing Officer

*[signature]*

(By) Deputy Clerk

Bail fixed at <u>No Recommendation</u>

<u>Clerk, U.S. District Court</u>
Title of Issuing Officer

<u>October 13, 2006          Greenbelt, Maryland</u>
Date and Location

by <u>William Connelly,     United States Magistrate Judge</u>
Name of Judicial Officer

RECEIVED
U.S. MARSHAL
BALTIMORE MD
2006 OCT 17 P 5:50

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received 3-7-07 | Name and Title of Arresting Officer REPORTING DAVID BALDWIN SDUSM | Signature of Arresting Officer REPORTING *[signature]* |
| Date of Arrest 3-9-07 | | |

U.S. DISTRICT COURT (Rev. 12/98)

**U.S. Probation and Pretrial Services**

# MEMORANDUM

**07-083-M-01.**

DATE: October 12, 2006

TO: Chan Park
Assistant United States Attorney

Please issue an arrest warrant for Maurice W. Kelly.

FROM: Timothy L.T. Smith
Home Confinement Specialist
Pretrial Services Unit

William Connelly
United States Magistrate Judge
October 13, 2006

SUBJECT: KELLY, Maurice
Case Number: DKC 06-067
NOTICE OF APPARENT VIOLATION/REQUEST FOR WARRANT

**FILED**

**MAR 0 9 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RELEASE STATUS

Maurice Kelly has been under pretrial services supervision since July 13, 2006. The other conditions of release currently in effect are third party custody to his mother, Lizzie Kelly, and reside with her at _____, MD, submit to electronic monitoring program as directed by the supervising officer with leave for Court, and medical appointments with prior approval of Pretrial Services, refrain from possessing a firearm, destructive device, or other dangerous weapon, refrain from use of any narcotic drug unless prescribed, satisfactorily participate in substance abuse testing and treatment as directed by Pretrial Services. and immediately contact Pretrial Services when Washington DC warrant is resolved.

## APPARENT VIOLATION

On October 12, 2006, the monitoring agency indicated the defendant's transmitter went into open strap status at 12:16 p.m. Numerous attempts were made to contact the defendant at his residence. On each attempt the defendant would answer the telephone, realize it was Pretrial Services calling and would terminate the line connection.

## SUMMARY OF DEFENDANT'S ADJUSTMENT TO SUPERVISION

Given the severity of this apparent violation, the defendant's adjustment to supervision is viewed as unsatisfactory.

## RECOMMENDATION

At this time, I respectfully recommend the current conditions of release be revoked and the Government request an arrest warrant.

cc: √The Honorable William Connelly, U.S. Magistrate Judge
Matthew Kaiser, AFPD