**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
**Date: 3/12/07**

FILED        ENTERED

MAR 1 3 2007

DISTRICT OF MARYLAND, CLERK

*Nancy Mayer-Whittington*
*Clerk of the Court*

Address of Other Court: United States District Court
6500 Cherrywood Lane Ste 200
Greenbelt, Md. 20770

FILED

MAR 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: 07MG83 Maurice Kelly

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

|   |   |   |   |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Violation Notice | | Order of Removal |
|   | Minute Order Appointing Counsel | X | Detention Order |
|   | Corporate Surety Bond | X | Waiver of Removal |
|   | Personal Surety Bond | | |
| X | Other- Blotter dated 3/9/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk

FILED        ENTERED
LODGED        REC

MAR 1 3 2007

AT GR.
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY